AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAR 26 2021

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Alonzo Gonzalez Jr | ) Case No. M-21-0652-M |
| DOB 1966  US | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 25, 2021__ in the county of __Kenedy__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841, 846 | Conspiracy to possess with intent to distribute and possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

Approved by: AUSA Angel Castro

Submitted by reliable electronic means, sworn to and attested to telefonically per FED.R.C.P.4.1 and probable cause found on:

Date: __03/26/2021 @ 2:45 P.M.__

City and state: __McAllen, Texas__

//s// Justin S. Krider
*Complainant's signature*

Special Agent, FBI
*Printed name and title*

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

# Attachment "A"

<u>Affidavit in Support of Complaint</u>

I, Special Agent Justin S. Krider, being first duly sworn, state as follows:

1. On March 25, 2021 FBI McAllen received notification from Border Patrol Agents stationed at the USBP checkpoint station in Sarita Texas, that a Buick Enclave bearing Texas License Plates NRN2796 had been searched resulting in the seizure of approximately 2.06 kilograms of suspected methamphetamines and approximately 2.160 kilograms of suspected heroin. The vehicle, driven by Alonzo Gonzalez Jr attempted to cross through the checkpoint at approximately 9:21 a.m. Gonzalez's wife and mother-in-law were passengers within the vehicle. Based on a USBP K-9 alert on the vehicle, the driver, Alonzo Gonzalez Jr, was directed park the vehicle in the secondary inspection area. A subsequent K-9 search of the vehicle located six separate bundles hidden in a red, reusable shopping bag. All six bundles were wrapped in a manner consistent with narcotics packaging. Three of the bundles field tested positive for methamphetamines, while the remaining three bundles field tested positive for heroin.

2. At approximately 12:45 p.m. Special Agent Justin Krider and Task Force Officer Carlos Soto conducted a custodial interview of the driver, Alonzo Gonzalez Jr. The interview took place at the USBP checkpoint station. Under advice of rights and waiver. Alonzo Gonzalez Jr revealed that he knowingly received narcotics believed to be cocaine from an individual in Mission, Texas. Alonzo Gonzalez Jr agreed to transport the narcotics to an individual who would receive the cocaine at a residence in the vicinity of Houston, Texas. Alonzo Gonzalez Jr agreed to transport the narcotics for $1,000.00 per kilogram. He expected to be paid $5,000.00 for his transport of the narcotics on the day

1

of his arrest, March 25, 2021. He indicated his wife and mother-in-law were not involved and were unaware of the narcotics within the vehicle.